EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Jane M. Crudup<br>2324 N. 71st St.<br>Omaha, NE 68104 | From: | Kansas City Area Office<br>Gateway Tower II<br>400 State Avenue, Suite 905<br>Kansas City, KS 66101 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2020-01811 | James D. Dixon,<br>Investigator | (913) 340-8827 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Alfred C. Kirk Jr.*
Digitally signed by Alfred C. Kirk Jr.
Office, ou=Supervisory Investigator (Enforcement Supervisor), email=Alfred.kirk@eeoc.gov, c=US
Date: 2020.11.09 08:59:02 -06'00'

November 9, 2020

Enclosures(s)

For: Natascha DeGuire,
Area Office Director

(Date Mailed)

cc:  Paul Kratz
City Attorney
CITY OF OMAHA
Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, NE 68183

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 563-2020-01811 |
| NEBRASKA EQUAL OPPORTUNITY COMMISSION | | and EEOC |
| *State or local Agency, if any* | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MS. JANE M CRUDUP | (402) 714-2003 | |

Street Address: 2324 N. 71ST ST., OMAHA, NE 68104

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| OMAHA FIRE DEPARTMENT | 15 - 100 | |

Street Address: 1819 FARNAM STREET, OMAHA DOUGLAS CIVIC CTR, NE 68183

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-01-2019   Latest: 04-14-2020

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about January 14, 2019, I was hired by the City of Omaha to perform duties as a Firefighter.

On or about May 20, 2020, I was placed on medical leave because I was being harassed by other Firefighters. The harassment started to affect my health. I have not been cleared to return to work. On or about March 3, 2020, a Firefighter ran my turn out gear up the flagpole. It simulated a lynching and I was terrified. I had a couple of nightmares and I had to start therapy.

The jokes/hazing consisted of my gear being ran up the flagpole, a Firefighter pulled the truck forward while I was trying to get inside the cab, someone took and hid my food, and someone tampered with my gear. Also on April 8, 2020, the Battalion Chief told me that I could not study while on duty; however, a white male was allowed to study. On or about October 1, 2019, a Firefighter told me that a dead African American baby was better off

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Jane Crudup on 11-07-2020 02:00 PM EST

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>563-2020-01811 |
|---|---|---|

**NEBRASKA EQUAL OPPORTUNITY COMMISSION** and EEOC
*State or local Agency, if any*

being dead because of they way she was living.

On or about April 14, 2020, I filed a formal harassment complaint. The investigation determined the Firefighters were only joking/hazing me to teach me how to become a Firefighter. I was also transferred to a different firehouse.

I believe I was harassed because of my race (black), color, and sex (female) in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Jane Crudup on 11-07-2020 02:00 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |