# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE CRUDUP, | ) | CASE NO: 8:21-cv-0045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SERVING** |
| vs. | ) | **DEFENDANT'S** |
| | ) | **INTERROGATORIES AND** |
| THE CITY OF OMAHA, | ) | **REQUESTS FOR PRODUCTION** |
| | ) | **OF DOCUMENTS** |
| Defendant. | ) | |

COMES NOW the Defendant City of Omaha, and gives notice that on August 18, 2021, the Defendant did serve upon counsel of record for the Plaintiff the Defendant's; Interrogatories and Requests for Production of Documents. pursuant to Fed. R. Civ. P. 33 and 34 by regular mail and email.

        CITY OF OMAHA; Defendant.

        By: s/ Michelle Peters
            MICHELLE PETERS, No. 20021
            Deputy City Attorney
            Omaha/Douglas Civic Center
            1819 Farnam Street, Suite 804
            Omaha, NE 68183
            (402) 444-5115
            Michelle.Peters@cityofomaha.org
            Attorney for the Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of August, 2021, I electronically filed the foregoing **NOTICE OF SERVING THE CITY DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered with the court.

        s/ Michelle Peters
        Deputy City Attorney