# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE CRUDUP, | ) | Case No. 8:21-cv-0045 |
| | ) | |
| | ) | **DEFENDANT'S SUPPLEMENTAL INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| CITY OF OMAHA, a political subdivision, | ) | |
| Defendant, | ) | |

COME NOW the Defendant and hereby submits the following attached Exhibits in Support of their Motion for Summary Judgment:

Exhibit 1A    Supplemental Deposition excerpts of Jane Crudup
Exhibit 4A    Supplemental Deposition excerpts of David J. Grauman
Exhibit 5A    Deposition excerpts of Fire Chief Daniel C. Olsen

DATED this 6th day of December, 2022.

                                              CITY OF OMAHA, Defendant

                                              By /s/Michelle Peters
                                                  MICHELLE PETERS, No. 20021
                                                  Deputy City Attorney
                                                  1819 Farnam Street, Suite 804
                                                  Omaha, NE  68183
                                                  Telephone:  (402) 444-5115
                                                  Fax: (402)444-5125
                                                  Michelle.peters@cityofomaha.org
                                                  Attorney for Defendants

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on December 6th, 2022, I electronically filed the foregoing **DEFENDANT'S SUPPLMENTAL INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system which sent a copy of the foregoing to all of the attorneys of records in this case, including to Potso Mahlangeny-Byndon, 2016 Fowler Ave., Omaha, NE 68110.

    /s/Michelle Peters_____