```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

JANE CRUDUP,                        )
                                    )   CASE NO.
              Plaintiff,            )   8:21CV0045
                                    )
     v.                             )
                                    )
THE CITY OF OMAHA,                  )   TAKEN ON BEHALF
                                    )   OF THE
              Defendant.            )   PLAINTIFF
_____)


APPEARANCES:


Mr. Potso Mahlangeni-Byndon         For Plaintiff
Attorney at Law
2016 Fowler Avenue
Omaha, NE 68110
potso@byndonlaw.com


Ms. Michelle A. Peters              For Defendant
Attorney at Law
CITY OF OMAHA LAW DEPARTMENT
1819 Farnam Street, Suite 804
Omaha, NE 68183-0001
michelle.peters@cityofomaha.org




          DEPOSITION OF FIRE CHIEF DANIEL C. OLSEN,

taken at 10:01 a.m. on April 1, 2022, by Rachel

McMenamin, CSR, RPR, and General Notary Public in and

for the State of Nebraska, at 1819 Farnam Street,

Suite 804, Omaha, Nebraska.
```

DEFENDANT'S EXHIBIT 5A

1    unbecoming an incumbent of the particular office or
2    position held, including off-duty conduct, which
3    render reprimand, suspension, demotion, or discharge
4    necessary or desirable for the economical or
5    efficient conduct of business of the city or for the
6    best interest of the city government.
7         Q    Okay.  Do you know if the HR department
8    that investigated Crudup's claim, did they consider
9    this -- this CBA article?
10        A    I do not know if they did.
11        Q    Okay.  Do you see how the hanging of
12   Firefighter Crudup's PPE from a flagpole by a white
13   firefighter could violate subsection (e)?
14        A    I do not based on the findings in the
15   investigation.
16        Q    And what about (h)?
17        A    I do not based on the findings in the
18   investigation.
19        Q    And what about (j)?
20        A    I do not based on the findings in the
21   investigation.
22        Q    Okay.  And you're unsure if they
23   considered this --
24        A    I do not know.
25        Q    Okay.  Okay.  Lastly, what's the role of a

```
 1  fire chief when a firefighter gets injured on duty?
 2       A    I receive a report --
 3       Q    Uh-huh.
 4       A    -- of occurrence --
 5       Q    Uh-huh.
 6       A    -- and that's the extent of my role for an
 7  injured-on-duty employee, depending on the -- the
 8  scope or nature of the injury.  There is a unit
 9  within the HR department --
10       Q    Uh-huh.
11       A    -- that deals with injured city
12  employees --
13       Q    Uh-huh.
14       A    -- and handles all of the work comp-type
15  functions, handles all those things.
16       Q    Uh-huh.  So that's the extent of your
17  role?
18       A    That's the extent of my role --
19       Q    Okay.
20       A    -- yes.  I receive a report of the injury,
21  and that's the extent of my role.
22            MR. BYNDON:  Okay.  Very well.  Counsel?
23                       CROSS-EXAMINATION
24  BY MS. PETERS:
25       Q    Just a very few questions.  Chief, you
```