IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE CRUDUP, | ) | Case No.   8:21cv45 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on July 5, 2023 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits from jury trial held April 25-26, 2023

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   July 6, 2023

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge